# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| IN THE INTEREST OF: K.T., A MINOR | : | No. 177 WAL 2022 |
| | : | |
| | : | |
| PETITION OF: K.T. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: K.T., A MINOR | : | No. 178 WAL 2022 |
| | : | |
| | : | |
| PETITION OF: ALLEGHENY COUNTY | : | Petition for Allowance of Appeal |
| CHILDREN, YOUTH AND FAMILIES | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

   **AND NOW**, this 18th day of August, 2022, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

1. Whether this Court should grant review to ensure that trial courts across the Commonwealth are uniformly applying the correct standard for evaluating the bond between a child and parent when conducting a needs and welfare analysis under Section 2511(b) of the Adoption Act in an involuntary termination of parental rights case by:

   a. Clarifying that the trial court must evaluate whether the bond is necessary and beneficial to the child and not just whether any parent-child bond exists; and

   b. Clarifying that the trial court must evaluate whether severing that bond would cause the child to experience extreme emotional consequences and not just any adverse effect?

2. Whether a divided three judge panel of the Superior Court, by ignoring this Court's decisions in *In re T.S.M.*, 71 A.3d 251 (Pa. 2013) and *In re E.M.*, 680 A.2d 481 (Pa. 1993), erred in affirming the trial court's denial of a petition for termination of parental rights when the almost 5-year-old

child had been in care in a secure and stable kinship pre-adoptive foster home for almost four years, and it was undisputed that the mother was unlikely to ever be able to parent the child, that the mother was still court-ordered to have supervised visits due to concerns about the mother's behavior, and that the court-appointed psychologist opined that the child needed permanence through adoption by her kinship foster parent with whom the child enjoyed a strong and secure bond?

Additionally, the Application for Leave to File a Brief in Support of Joint Petition for Allowance of appeal as *Amici Curiae* is **GRANTED.**